UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 279 |
| v. | ) | |
| | ) | Honorable Elaine E. Bucklo |
| AARON LOCKNER | ) | |

**JOINT STATUS REPORT AND**
**GOVERNMENT'S AGREED MOTION TO EXCLUDE TIME**

The parties jointly submit the following status report:

The government has concluded its discovery production and counsel is currently in the process of arranging for an independent forensic review of certain electronic discovery materials. The parties propose that the Court continue the case for a period of approximately 60 days.

The government moves for and the parties agree to the exclusion of time under the Speedy Trial Act in the interest of justice until the date of the next status hearing or status report deadline.

Dated: January 31, 2023

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  */s/ Andrew J. Dixon*
ANDREW J. DIXON
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 697-4063

1