UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 22 CR 279 |
| v. ) | |
| ) | Honorable Elaine E. Bucklo |
| AARON LOCKNER ) | |

**JOINT STATUS REPORT AND**
**AGREED MOTION TO EXCLUDE TIME**

The parties jointly submit the following status report:

The government has concluded its discovery production and defense counsel is continuing their independent forensic review of certain electronic discovery materials and other information produced in discovery. The parties propose that the Court continue the case for a period of approximately 60 days.

The government moves for and the parties agree to the exclusion of time under the Speedy Trial Act in the interest of justice until the date of the next status hearing or status report deadline.

Dated: September 29, 2023	Respectfully submitted,

SONNY PASQUAL
Acting United States Attorney

By:	*/s/ Melody Wells*
MELODY WELLS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-1110

1