UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES | Case No. 22 CR 279 |
| v. | Hon. Elaine E. Bucklo |
| AARON LOCKNER | |

**JOINT STATUS REPORT AND**
**AGREED MOTION TO EXCLUDE TIME**

The parties jointly submit the following status report:

The government has concluded its discovery production and defense counsel is continuing their review of information produced in discovery. The parties are in discussions about resolution of the matter short of trial. The parties propose that the Court continue the case for a period of approximately 60 days.

The government moves for and the parties agree to the exclusion of time under the Speedy Trial Act in the interest of justice until the date of the next status hearing or status report deadline.

DATE: February 8, 2024     Respectfully submitted,

                                         MORRIS PASQUAL
                                         Acting United States Attorney

                        By:    */s/ Kavitha J. Babu*
                                         Kavitha J. Babu
                                         Assistant United States Attorney
                                         219 S. Dearborn St., Fl. 5
                                         Chicago, IL
                                         (312) 353-5300