UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES | Case No. 22 CR 279 |
| v. | Hon. Elaine E. Bucklo |
| AARON LOCKNER | |

**JOINT STATUS REPORT AND**
**AGREED MOTION TO EXCLUDE TIME**

The parties jointly submit the following status report:

The government has concluded its Rule 16 discovery production and defense counsel is continuing their review information produced in discovery. The parties are in discussions including a potential resolution of the matter short of trial. The parties met in person in late February 2024. Following that meeting the defense has continued to review discovery material and made additional requests. The government has reviewed defendant's additional requests and produced some of the requested materials. To facilitate the ongoing review of discovery, the government has proposed that the Court continue the case for a period of approximately 60 days. The defense has no objection to that request.

The government moves for the exclusion of time under the Speedy Trial Act in the interest of justice until the date of the next status hearing or status report deadline. The defense has no objection to the exclusion of time.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Kavitha J. Babu*
Kavitha J. Babu
Assistant United States Attorney
(312) 353-5300

DATE: August 9, 2024